STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

KENNETH M. SORENSON
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR00-00391 HG |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | INDICTMENT |
| ) | [21 U.S.C. §§846, 841(a)(1) |
| ALFONSO BUSTAMANTE-FLORES (01) ) | 8 U.S.C. 1326] |
| a/k/a "Isiordia Ruben- ) | |
| Jimenez" ) | |
| a/k/a "Ruben Jimenez- ) | |
| Isiordia" ) | |
| a/k/a "Gato" or "Ruben" ) | |
| PETER MOISES AGUILAR (02) ) | |
| a/k/a "Tony" ) | |
| a/k/a "Johnny" ) | |
| ) | |
| Defendants. ) | |
| ) | |

INDICTMENT

COUNT 1

The Grand Jury charges:

On or about commencing at a time unknown to the Grand Jury, but at least by August 1, 2000 and until September 16, 2000,

in the District of Hawaii and elsewhere, ALFONSO BUSTAMANTE-FLORES, a/k/a Isiordia Ruben-Jimenez", a/k/a "Ruben Jimenez-Isiordia", a/k/a "Gato" or "Ruben", and PETER MOISES AGUILAR, a/k/a "Tony", a/k/a "Johnny", the defendants, did willfully and unlawfully conspire together and with other persons known and unknown to the Grand Jury, to distribute and to possess with intent to distribute 50 grams or more of methamphetamine, its salts, its isomers, or salts of its isomers, a Schedule II controlled substance, and heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

OVERT ACTS

In furtherance of the aforesaid conspiracy, and in order to accomplish the illegal objectives thereof, overt acts were committed in the District of Hawaii and elsewhere by members of the conspiracy, including, but not limited to, the following acts:

1. On September 15, 2000, PETER MOISES AGUILAR, a/k/a "Tony", a/k/a "Johnny", (AGUILAR) traveled from Kona, Hawaii to the island of Oahu, Hawaii, for the purpose of obtaining quantities of heroin and methamphetamine from ALFONSO BUSTAMANTE-FLORES, a/k/a Isiordia Ruben-Jimenez", a/k/a "Ruben Jimenez-Isiordia", a/k/a "Gato" or "Ruben", (BUSTAMANTE-FLORES) for distribution on the Big Island of Hawaii.

2. On September 15, 2000, AGUILAR obtained heroin and in excess of 50 grams of methamphetamine from BUSTAMANTE-FLORES on

Oahu, and returned to Kona with the aforementioned controlled narcotics the same day.

3. After arriving in Kona, AGUILAR leased, through a third party, Room #1025 at Uncle Billy's Hotel in downtown Kailua-Kona for the purpose of storing the heroin and methamphetamine and staging his distribution activities.

4. On September 16, 2000, BUSTAMANTE-FLORES traveled from Oahu to Kona for the purpose of recovering the heroin and methamphetamine he had distributed to AGUILAR the previous day.

5. On September 16, 2000, BUSTAMANTE-FLORES met with an associate in room # 559 of the King Kamehameha hotel and took into his possession approximately 25 grams of the methamphetamine he had transferred to AGUILAR the previous day.

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

The Grand Jury further charges:

On or about September 15, 2000, in the District of Hawaii, PETER MOISES AGUILAR, a/k/a "Tony", a/k/a "Johnny", did knowingly and intentionally possess with intent to distribute heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 3

The Grand Jury further charges:

On or about September 15, 2000, in the District of Hawaii, PETER MOISES AGUILAR, a/k/a "Tony", a/k/a "Johnny", did knowingly and intentionally possess with intent to distribute more than 50 grams of methamphetamine, its isomers, or salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT 4

The Grand Jury further charges:

On or about September 16, 2000, in the District of Hawaii, ALFONSO BUSTAMANTE-FLORES, a/k/a Isiordia Ruben-Jimenez", a/k/a "Ruben Jimenez-Isiordia", a/k/a "Gato" or "Ruben", did knowingly and intentionally possess with intent to distribute more than 5 grams of methamphetamine, its salts, its isomers, or salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

COUNT 5

The Grand Jury further charges:

On or about September 16, 2000, in the District of Hawaii, ALFONSO BUSTAMANTE-FLORES, a/k/a Isiordia Ruben-Jimenez", a/k/a "Ruben Jimenez-Isiordia", a/k/a "Gato" or "Ruben", the defendant, an alien who had previously been deported, knowingly and unlawfully was found in the United States at Kailua-Kona, Hawaii, in the District of Hawaii, said defendant having not obtained the consent of the Attorney General of the United States for reapplication by the defendant for admission into the United States.

All in violation of Title 8, United States Code, Section 1326.

DATED: September 27, 2000, at Honolulu, Hawaii.

A TRUE BILL.

/s/
_____
FOREPERSON, GRAND JURY

_____
STEVEN S. ALM
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
KENNETH M. SORENSON
Assistant U.S. Attorney

5